IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

---

ANTHONY REICH,
    PLAINTIFF,

v.                                    Case No. 4:15-cv-00002

VAN RU CREDIT CORPORATION,
    DEFENDANT


**[PROPOSED]ORDER GRANTING DEFENDANT'S MOTION TO QUASH SUBPOENA**

THIS MATTER is before the Court on Defendant's Motion to Quash Subpoena.

It is hereby ORDERED that Defendant's Motion to Quash Subpoena is granted.

    IT IS SO ORDERED.

**SIGNED this 29th day of February, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1