# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

ANTHONY REICH,
    PLAINTIFF,

v.                                                  Case No. 4:15-cv-00002

VAN RU CREDIT CORPORATION,
    DEFENDANT

## STIPULATION OF DISMISSAL

        NOW COMES the Parties, Anthony Reich ("Plaintiff"), and Van Ru Credit Corporation ("Defendant") presenting this stipulation of dismissal, as follows:

Pursuant to Federal Rule of Civil Procedure 41, having reached a settlement in this matter, the Parties respectfully request that this Honorable Court enter an Order dismissing the case without prejudice with leave to reinstate on or before September 23, 2016. If no motion to reinstate is filed by September 23, 2016, dismissal will automatically convert to a dismissal with prejudice.

Dated: August 26, 2016

**SO STIPULATED:**

With consent:

| | |
|---|---|
| By: /s/Jeffrey Wood | By: /s/ Dana Perminas |
| Jeffrey Wood | Dana Perminas (IL # 6298057) |
| The WoodFirm, PLLC | 166 W. Washington, Suite 300 |
| 14524 Cantrell Rd, Suite 140 - PMB 208 | Chicago, IL 60602 |
| Little Rock, AR 72223 | Messer, Stilp & Strickler, Ltd. |
| (682) 651-7599 | (312) 334-3476 |
| jeff@mmlaw.pro | Perminas@messerstilp.com |
| Attorney for Plaintiff | Attorney for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of this District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      By: /s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
The Wood Firm, PLLC
Attorney for Plaintiff
14524 Cantrell Rd, Suite 140 - PMB 208
Little Rock, AR  72223
jeff@mmlaw.pro